**Raymond ROBINSON, Plaintiff–Appellant,**

v.

**David RUBIN; Brian Cornell, Defendants–Appellees.**

No. 08–56379.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted May 14, 2013.*

Filed May 22, 2013.

Raymond Robinson, San Diego, CA, pro se.

Cheryl L. Brierton, San Diego Superior Court, Walter C. Chung, Office of the City Attorney, San Diego, CA, for Defendant–Appellee.

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

### MEMORANDUM **

Raymond Robinson appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that Judge David Rubin conspired with Officer Brian Cornell to violate Robinson's due process rights by relying on Cornell's testimony during a state court infraction proceeding. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Knievel v. ESPN*, 393 F.3d 1068, 1072 (9th Cir.2005). We affirm.

The district court properly dismissed Robinson's action because defendants are immune from liability. *See Mireles v. Waco*, 502 U.S. 9, 9, 11–12, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991) (per curiam) (judges are absolutely immune from suits for damages based on their judicial conduct except when performing nonjudicial functions or acting in the complete absence of jurisdic-

tion); *Briscoe v. LaHue*, 460 U.S. 325, 342–43, 103 S.Ct. 1108, 75 L.Ed.2d 96 (1983) (police officers who testify in judicial proceedings are absolutely immune from civil liability).

**AFFIRMED.**

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

